UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
:
SHAUHEEN SOHRABI, :
: CASE NO. 12-CV-007
Petitioner, :
:
vs. : OPINION & ORDER
: [Resolving Docs. 1, 10]
RICHLAND CORRECTIONAL :
INSTITUTIONAL WARDEN :
:
Respondent. :
:
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On January 3, 2012, Petitioner Shauheen Sohrabi filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254.[1] On March 29, 2012, the state of Ohio opposed Sohrabi's petition.[2] Under Local Rule 3.1, the matter was referred to Magistrate Judge George Limbert. On March 19, 2013, Magistrate Judge Limbert issued a Report and Recommendation that recommended this Court deny Sohrabi's petition.[3]

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection.[4] Parties must file any objections to a Report and Recommendation within fourteen days of service.[5] Failure to object within this time waives a party's right to appeal the district court's judgment.[6]

---

[1] Doc. 1.
[2] Doc. 5.
[3] Doc. 10.
[4] 28 U.S.C. § 636(b)(1)(C).
[5] *Id.*; Fed. R. Civ. P. 72(b)(2).
[6] *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

-1-

Case No. 1:12-CV-007
Gwin, J.

Absent objection, a district court may adopt the magistrate judge's report without review.[7]

In this case, Sohrabi has not filed objections to the Report & Recommendation. Moreover, having conducted its own review of the record and the parties' briefs, the Court agrees with the recommendation of Magistrate Judge Limbert that the petition should be dismissed.

Accordingly, the Court **ADOPTS** Magistrate Judge Limbert's Report and Recommendation and incorporates it fully herein by reference, and **DENIES** Sohrabi's petition for a writ of habeas corpus. As reasonable jurists could not debate this outcome, this Court declines to grant a certificate of appealability.[8]

IT IS SO ORDERED.


Dated: June 18, 2013                         s/      *James S. Gwin*
                                             JAMES S. GWIN
                                             UNITED STATES DISTRICT JUDGE

---

[7] *See Thomas*, 474 U.S. at 149.
[8] *Hill v. Dailey*, 557 F.3d 537, 440 (6th Cir. 2009) (per curiam).